United States District Court
Southern District of Texas
**ENTERED**
December 01, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| PAUL BRUNSVOLD, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:21-CV-276 |
| | § | |
| CTCI AMERICAS, INC., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the Court's order granting Defendant CTCI Americas, Inc.'s motion for summary judgment and denying Plaintiff Paul Brunsvold's motion for partial summary judgment, the Court enters final judgment dismissing with prejudice all claims against Defendant in this cause. FED. R. CIV. P. 58. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
December 1st, 2022